# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| SUE MEYER, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　Defendants. | Case No. 3:20-cv-00137-NJR |

## NOTICE OF SETTLEMENT

　　PLEASE TAKE NOTICE that SUE MEYER (the "Plaintiff") and MIDLAND CREDIT MANAGEMENT, INC. ("Defendant") (collectively, "the Parties") have reached a settlement in principle. The proposed settlement is in Plaintiff's individual capacity. The parties are in the process of exchanging a draft settlement agreement. The parties anticipate filing dismissal papers within 28 days. The reported settlement will lead to the dismissal of Plaintiff's individual claims with prejudice and the dismissal of the claims of the putative class members without prejudice.

Dated: November 4, 2020　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*s/ James C. Vlahakis*
　　　　　　　　　　　　　　　　　　　　　　　　James C. Vlahakis, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Sulaiman Law Group, Ltd.
　　　　　　　　　　　　　　　　　　　　　　　　2500 S. Highland Avenue, Suite 200
　　　　　　　　　　　　　　　　　　　　　　　　Lombard, IL 60148
　　　　　　　　　　　　　　　　　　　　　　　　Phone: (630) 575-8181
　　　　　　　　　　　　　　　　　　　　　　　　jvlahakis@sulaimanlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ James C. Vlahakis*
James C. Vlahakis, Esq.
