IN IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUE MEYER, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

      Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT,
INC.,

      Defendant.

Case No. 3:20-CV-00137-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of **November 30, 2020** (Doc. 66), reflecting the Stipulation of Dismissal filed November 24, 2020 (Doc. 64), this entire action is **DISMISSED**, with Plaintiff's individual claims dismissed with prejudice and the claims of the putative class dismissed without prejudice.

    DATED:   November 30, 2020

                         MARGARET M. ROBERTIE,
                         Clerk of Court

                         By:  s/ *Deana Brinkley*
                               Deputy Clerk

APPROVED:  _____
                NANCY J. ROSENSTENGEL
                Chief U.S. District Judge